**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NICKELSON JOSEPH,

       Petitioner,

      v.                                Civ. No. 26-1225 KG/SCY

MARY de ANDA-YBARRA, Director
of El Paso Field Office, U.S. Immigration
and Customs Enforcement; TODD LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement; MARKWAYNE
MULLIN, Secretary of the U.S.
Department of Homeland Security; and
GEORGE DEDOS, Warden of the Cibola
County Correctional Center,

       Respondents.

**ORDER OVERRULING OBJECTIONS AND
ADOPTING PROPOSED FINDINGS AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's July 13, 2026 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 10. In that PFRD, Judge Yarbrough recommends that the Court deny the Motion to Dismiss (Doc. 6), grant the Petition for Writ of Habeas Corpus (Doc. 1), and order Petitioner Nickelson Joseph's immediate release. *Id.* at 10. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id.* On July 27, 2026, the Federal Respondents filed objections to the PFRD. Doc. 11.

Pursuant to Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the record and all parts of the PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the PFRD and the objections, the Court finds no reason either in law or fact to depart from the PFRD's recommended disposition.

1

**IT IS THEREFORE ORDERED THAT**:

1.  The Federal Respondents' Objections (Doc. 11) are OVERRULED;

2.  The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 10);

3.  The Court DENIES the Federal Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 6);

4.  The Court GRANTS the Petition for Writ of Habeas Corpus (Doc. 1);

5.  Within 24 hours of entry of this Order, Respondents shall releases Petitioner Nickelson Joseph under the same conditions of release that were previously in place prior to his detention;

6.  Respondents shall file a status report within 5 days of the entry of this Order to confirm the release; and

7.  Respondents shall not arrest and detain Mr. Joseph again prior to properly terminating his parole with adequate written notice in accordance with 8 C.F.R. § 212.5(e).

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.